PROB 12C
(6/16)

Report Date: January 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyrone Vincent Watlamett         Case Number: 0980 1:15CR02008-LRS-1

Address of Offender:                                Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 17, 2015

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 60 months;             Type of Supervision: Probation
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon                Date Supervision Commenced: June 7, 2019

Defense Attorney:     Federal Defenders Office        Date Supervision Expires: June 6, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  It is alleged that Tyrone Watlamett violated the terms of his supervised release by failing to submit to a urinalysis on or about January 5, 2022. |
| | On June 7, 2019, supervision commenced in this matter.  On June 10, 2021, a supervision intake was conducted.  Mr. Watlamett signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 16. |
| | Mr. Watlamett is enrolled in the urine testing program through PHS, in which he is required to call the testing line daily to determine if he is expected to submit to testing that same day.  On January 5, 2022, his color was called and he was expected to drug test that day.  Mr. Watlamett failed to submit to drug testing that day. |

Prob12C
Re: Watlamett, Tyrone Vincent
January 13, 2022
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/13/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 14, 2022
Date