PROB 12C
(6/16)

Report Date: February 17, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Tyrone Vincent Watlamett | Case Number: | 0980 1:15CR02008-LRS-1 |
| Address of Offender: | | Spokane, Washington 99223 | |
| Name of Sentencing Judicial Officer: | The Honorable Lonny R. Suko, Senior U.S. District Judge | | |
| Date of Original Sentence: | December 17, 2015 | | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | June 7, 2019 |
| Defense Attorney: | Payton Martinez | Date Supervision Expires: | June 6, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2022 and 01/13/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:   It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming controlled substances, methamphetamine, amphetamine, marijuana and Fentanyl, on or about February 9, 2022. |
| | On June 7, 2019, supervision commenced in this matter. On June 10, 2021, a supervision intake was conducted. Mr. Watlamett signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 16. |
| | On January 21, 2022, Tyrone Watlamett entered inpatient treatment at Pioneer Center East (PCE). |

Prob12C
**Re: Watlamett, Tyrone Vincent**
**February 17, 2022**
**Page 2**

On February 9, 2022, Mr. Watlamett submitted to a urinalysis test, which tested positive for methamphetamine. Mr. Watlamett ultimately admitted to PCE staff that he consumed methamphetamine. He was questioned about the use of other substances which he denied, and the urine sample was sent to the lab for additional testing.

PCE staff later received a lab report confirming a positive presence for methamphetamine, as well as amphetamine, marijuana and Fentanyl.

6  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about February 14, 2022.

On June 7, 2019, supervision commenced in this matter. On June 10, 2021, a supervision intake was conducted. Mr. Watlamett signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 16.

On January 21, 2022, Tyrone Watlamett entered inpatient treatment at Pioneer Center East (PCE).

On February 14, 2022, Mr. Watlamett submitted to a urinalysis test at PCE.

PCE staff later received a lab report confirming a positive presence for Fentanyl.

7  **Special Condition # 20**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc). You must pay the costs of the program if financially able.

**Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by being terminated from inpatient treatment, on or about February 17, 2022.

On June 7, 2019, supervision commenced in this matter. On June 10, 2021, a supervision intake was conducted. Mr. Watlamett signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court.

On January 20, 2022, Tyrone Watlamett appeared for a supervised release violation hearing. He was ordered released to inpatient treatment and the above-noted special condition number 20 was imposed.

Prob12C
Re: Watlamett, Tyrone Vincent
February 17, 2022
Page 3

On January 21, 2022, Tyrone Watlamett entered inpatient treatment at Pioneer Center East (PCE).

As noted in the above in violations 5 and 6, it is alleged Mr. Watlamett used multiple substances on multiple occasions.

As a result, he was terminated from inpatient treatment on February 17, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/17/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

February 17, 2022
Date