PROB 12C
(6/16)

Report Date: May 12, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyrone Vincent Watlamett | Case Number: 0980 1:15CR02008-LRS-1 |
| Address of Offender: | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 17, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: | June 7, 2019 |
| Defense Attorney: | Payton Martinez | Date Supervision Expires: | June 6, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/03/2022, 01/13/2022 and 02/17/2022.

On June 7, 2019, a supervision intake was completed.  Mr. Watlamett signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 10, 2022. |
| | Mr. Watlamett is enrolled in random drug testing at Pioneer Human Services (PHS).  He is expected to call the testing line daily to determine if he is required to report for drug testing that same day. |

Prob12C
Re: Watlamett, Tyrone Vincent
May 12, 2022
Page 2

On May 10, 2022, Mr. Watlamett appeared at PHS for a random urinalysis as required. He tested presumptive positive for methamphetamine. At that time he denied use. On May 11, 2022, Mr. Watlamett contacted the undersigned and advised that he did consume methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/12/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

Date