PROB 12C
(6/16)

Report Date: July 11, 2022

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyrone Vincent Watlamett | Case Number: 0980 1:15CR02008-LRS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 17, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 60 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation:<br>(5/13/22) | Prison - 19 Days:<br>TSR - 24 Months | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: May 12, 2022 |
| Defense Attorney: | Steve Roberts | Date Supervision Expires: May 11, 2024 |

## PETITIONING THE COURT

To issue a summons.

On May 17, 2022, a supervision intake was completed.  His conditions were reviewed with him and he signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by failing to appear for random drug testing on or about June 13, 2022.<br><br>Mr. Watlamett is enrolled in random drug testing with Pioneer Human Services (PHS).  He is expected to call the color line daily to determine if he is required to report that same day for drug testing.<br><br>PHS advised Mr. Watlamett failed to appear for drug testing on June 13, 2022. |
| 2 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and |

Prob12C
**Re: Watlamett, Tyrone Vincent**
**July 11, 2022**
**Page 2**

    must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    <u>**Supporting Evidence**</u>: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming a controlled substance, fentanyl, on or about June 25, 2022.

    On June 29, 2022, Mr. Watlamett reported to the United States Probation Office. He submitted to a urinalysis which tested presumptive for fentanyl. Mr. Watlamett initially denied use. However, after further discussion, he admitted to consuming fentanyl on June 25, 2022, and signed a drug use admission form. The sample was sent to the lab for additional testing and the lab report confirmed a positive presence for fentanyl.

3    <u>**Special Condition # 4**</u>: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from this substance.

    <u>**Supporting Evidence**</u>: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming alcohol on or about June 25, 2022.

    On June 29, 2022, Mr. Watlamett reported to the United States Probation Office. During this contact, Mr. Watlamett admitted to consuming alcohol at a bar on June 25, 2022. He signed a drug use admission form.

4    <u>**Special Condition # 4**</u>: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from this substance.

    <u>**Supporting Evidence**</u>  It is alleged that Tyrone Watlamett violated the terms of his supervised release by entering an establishment where alcohol is a primary time of sale on or about June 25, 2022.

    On June 29, 2022, Mr. Watlamett reported to the United States Probation Office. During this contact, Mr. Watlamett admitted to entering a bar on June 25, 2022.

5    <u>**Special Condition # 2**</u>: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    <u>**Supporting Evidence**</u>: It is alleged that Tyrone Watlamett violated the terms of his supervised release by failing to engage in substance abuse outpatient treatment since on or about May 26, 2022, or since.

    Mr. Watlamett was enrolled intensive outpatient treatment services with Spokane Addiction

Prob12C
Re: Watlamett, Tyrone Vincent
July 11, 2022
Page 3

and Recovery Centers (SPARC). He was expected to attend group sessions 5 days per week.

Due to his lack of attendance, SPARC staff sent Mr. Watlamett a letter advising him they were in the process of closing his case due to lack of contact. He had last made contact on May 26, 2022.

On June 30, 2022, Mr. Watlamett reported wanting to go to Pioneer Human Services (PHS) for treatment. He was directed to make arrangements the following day to get enrolled in treatment with PHS.

Mr. Watlamett has not engaged in any treatment services since May 26, 2022.

6     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by failing to appear for a random drug testing, on or about July 5, 2022.

Mr. Watlamett is enrolled in random drug testing with Pioneer Human Services (PHS). He is expected to call the color line daily to determine if he is required to report that same day for drug testing.

PHS advised Mr. Watlamett failed to appear for drug testing on July 5, 2022.

7     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming a controlled substance, fentanyl and methamphetamine, on or about July 7, 2022.

On July 8, 2022, contact was made with Mr. Watlamett at his residence. Mr. Watlamett acknowledged continued difficulties with ceasing use of controlled substance. He then admitted to using fentanyl and methamphetamine on July 7, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/11/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Watlamett, Tyrone Vincent
July 11, 2022
Page 4

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[✓]    Other: Initial appearance to be set no sooner than three weeks from the date of this order due to Defendant's participation in inpatient treatment.

_____
Signature of Judicial Officer

July 12, 2022
Date