PROB 12C
(6/16)

Report Date: October 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tyrone Vincent Watlamett | Case Number: 0980 1:15CR02008-LRS-1 |
| Address of Offender: ███████████ Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 17, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation: (5/12/22) | Prison - 19 Days; TSR - 24 months | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: May 12, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: May 11, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/11/2022.

On May 17, 2022, a supervision intake was completed.  His conditions were reviewed with him and he signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised releases by failing to engage in substance abuse outpatient treatment as required during the month of September 2022. |

Prob12C
**Re: Watlamett, Tyrone Vincent**
**October 20, 2022**
**Page 2**

    Mr. Watlamett is enrolled in intensive outpatient treatment services with Spokane Addiction and Recovery Centers (SPARC). He is expected to attend group sessions 3 days per week.

    On October 7, 2022, SPARC staff submitted a monthly treatment report noting Mr. Watlamett was noncompliant for the month of September 2022. He missed group sessions on September 5, 6, 14, 19, and 21, 2022. They did advise he attended two make up groups on September 8 and 22, 2022. They were in the process of beginning discharge proceedings on him as he was not responding to their attempts to reach him, but after the undersigned contacted Mr. Watlamett, it appears he reached out to SPARC and has re-engaged in services.

    Mr. Watlamett indicated he was sick with COVID, causing the noncompliance. However, it was not until September 28, 2022, that Mr. Watlamett claimed to have tested positive for COVID.

9    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming a controlled substance, methamphetamine and amphetamine, on or about October 12, 2022.

    On October 12, 2022, Mr. Watlamett reported to the United States Probation Office for the purposes of submitting to a urinalysis. The sample tested presumptive positive for methamphetamine and amphetamine. Mr. Watlamett denied use and the sample was sent to the laboratory for additional testing.

    The laboratory report noted a positive presence for methamphetamine and amphetamine. It should also be noted that the sample was noted to be a dilute specimen, indicating Mr. Watlamett took efforts to flush his system to avoid detection of drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/20/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Watlamett, Tyrone Vincent**
**October 20, 2022**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

October 20, 2022
Date