PROB 12C
(6/16)

Report Date:  October 27, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

Oct 27, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyrone Vincent Watlamett          Case Number: 0980 1:15CR02008-LRS-1

Address of Offender: ███████████ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 17, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 months;<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation:<br>(5/12/22) | Prison - 19 Days;<br>TSR - 24 months | | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: May 12, 2022 | |
| Defense Attorney: | Christina Wong | Date Supervision Expires: May 11, 2024 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/11/2022 and 10/20/2022.

On May 17, 2022, a supervision intake was completed.  His conditions were reviewed with him and he signed a copy of his judgment acknowledging an understanding of  the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about October 18, 2022.

Mr. Watlamett is engaged in outpatient treatment services with Spokane Addiction Recovery Centers (SPARC), where he is also drug tested randomly.

**Prob12C**
**Re: Watlamett, Tyrone Vincent**
**October 27, 2022**
**Page 2**

On October 18, 2022, Mr. Watlamett submitted to a urinalysis at SPARC. A lab report has since been received, confirming a positive presence for Fentanyl.

11          **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Tyrone Watlamett violated the terms of his supervised release by consuming alcohol on or about October 18, 2022.

Mr. Watlamett is engaged in outpatient treatment services with Spokane Treatment and Recovery Services (SPARC), where he is also drug tested randomly.

On October 18, 2022, Mr. Watlamett submitted to a urinalysis at SPARC. A laboratory report has since been received, confirming a positive presence for alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/27/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

Date